Mark F. James (5295)
Mitchell A. Stephens (11775)
Hatch, James & Dodge, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666
Email:     mjames@hjdlaw.com
           mstephens@hjdlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| PLAINS MARKETING L.P., a Texas limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN PROPANE STORAGE, LLC, a Utah limited liability company,<br><br>Defendant. | **PLAINS MARKETING L.P.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No: 2:09-cv-661<br><br>Judge Dee Benson |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Plains Marketing, L.P. ("Plains") respectfully submits this Motion for Summary Judgment.

Defendant Western Propane Storage, LLC ("Western Propane") has admitted all of the facts material to this breach of contract case and it has no legitimate legal defense to Plains' motion for summary judgment. It is undisputed that Western Propane entered into a series of contracts with Plains. It is undisputed that while Plains fulfilled its obligations, Western Propane breached those contracts. It is undisputed that Plains has been injured by Western Propane's

breaches, and the amount of Plains' damages is undisputed. Accordingly, for these reasons, which are set forth more fully in the Memorandum in Support of Plains Markting L.P.'s Motion for Summary Judgment filed concurrently herewith, this Court should grant summary judgment in Plains' favor and against Western Propane with respect to both liability and damages.

DATED this 29th day of April, 2010.

Respectfully submitted,

By:    /s/ Mitchell A. Stephens
        Mitchell A. Stephens
        Mark F. James
        HATCH, JAMES & DODGE, P.C.
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing **MEMORANDUM IN SUPPPORT OF MOTION TO COMPEL** was served this 29th day of April, 2010 via the Court's CM/ECF system and by mailing on said date a copy thereof by United States mail, first class postage prepaid, addressed to:

Craig T. Jacobsen
ctjacobsenatt@gmail.com
VLAHOS, WALPOLE & JACOBSEN, PLLC
2661 Washington Blvd, Suite 203
Ogden, Utah 84401
Attorneys for Defendant

                                                                   /s/ Mitchell A. Stephens